**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-6510**

MAURICE CORTEZ PROCTOR,

                                        Petitioner - Appellant,

        versus

UNITED   STATES   PAROLE   COMMISSION;   JOSEPH
BROOKS, Warden,

                                        Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, District
Judge.  (CA-04-55)

Submitted:  September 29, 2005        Decided:  October 6, 2005

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Maurice Cortez Proctor, Appellant Pro Se.  Jon K. Turner, OFFICE OF
THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Maurice Cortez Proctor, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Proctor v. United States Parole Comm'n, No. CA-04-55 (E.D. Va. filed Mar. 23, 2005; entered Mar. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED